IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VANESSA FAITH PRETTYONTOP,<br><br>Defendant. | CR 21-08-BLG-SPW<br><br><br>ORDER |

Upon the Defendant's Unopposed Motion to Vacate Sentencing Hearing (Doc. 29), and for good cause appearing,

**IT IS HEREBY ORDERED** that the sentencing hearing currently scheduled for Wednesday, September 1, 2021 at 1:30 p.m. is **VACATED** and shall be reset upon the arrest of the Defendant.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 24th day of August, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1